## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | |
| **PEACE, WILLIAM H., JR.** | ) | **Case No. 14-22615-JAD** |
| **PEACE, BARBARA E.** | ) | |
| Debtors, | ) | **Chapter 7** |
| | ) | |
| **Rosemary C. Crawford,** | ) | **Doc. No.** |
| | ) | **Hearing Date: N/A** |
| **Trustee Applicant,** | ) | **Related Docs: 128** |
| **No Respondent.** | ) | |

### Certificate of Service

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 1, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  via electronic means and first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed on the attached, excluding those served via electronic notice"

### SERVED VIA MAIL POSTAGE PREPAID

Office of the US Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

EXECUTED ON:  3/1/2022          CRAWFORD MCDONALD, LLC
                               /s/ Rosemary C. Crawford
                               **Rosemary C. Crawford, Trustee**
                               PA ID 56981
                               Crawford McDonald, LLC
                               PO Box 355
                               Allison Park, PA 15101
                               (724) 443-4757
                               crawfordmcdonald@aol.com

Trustee Peace status report